J-A20043-19

**NON-PRECEDENTIAL DECISION - SEE SUPERIOR COURT I.O.P. 65.37**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA | : | IN THE SUPERIOR COURT OF |
| | : | PENNSYLVANIA |
| Appellee | : | |
| | : | |
| v. | : | |
| | : | |
| DIANA HURRICANE WALKER | : | |
| | : | |
| Appellant | : | No. 1601 MDA 2018 |

Appeal from the Judgment of Sentence Entered August 14, 2018
In the Court of Common Pleas of Lancaster County
Criminal Division at No(s):  CP-36-CR-0005399-2017,
CP-36-CR-0005434-2017

BEFORE:  GANTMAN, P.J.E., McLAUGHLIN, J., and FORD ELLIOTT, P.J.E.

JUDGMENT ORDER BY GANTMAN, P.J.E.:          **FILED AUGUST 09, 2019**

Appellant, Diana Hurricane Walker, appeals from the judgment of sentence entered in the Lancaster County Court of Common Pleas, following her guilty plea to three counts of possession with intent to deliver a controlled substance ("PWID").  Based on our Supreme Court's decision in ***Commonwealth v. Walker***, ___ Pa. ___, 185 A.3d 969 (2018), we must quash the appeal.

The relevant facts and procedural history of this case are as follows.  On July 24, 2014, and August 22, 2014, a confidential informant ("CI") arranged to purchase oxycodone from Appellant.  During the transactions, Appellant delivered a total of 125 tablets of oxycodone to the CI in exchange for prerecorded funds.  Three years later, on September 8, 2017, detectives executed a search warrant at Appellant's home and discovered 51 tablets of

acetaminophen and hydrocodone, a Schedule II controlled substance. Appellant admitted owning the drugs, and she was arrested. The Commonwealth charged Appellant at two separate docket numbers for all the PWID offenses.

On May 18, 2018, Appellant pled guilty to two counts of PWID (for the 2014 offenses) at Docket No. 5399-2017, and one count of PWID (for the 2017 offense) at Docket No. 5434-2017. The court deferred sentencing and ordered the completion of a pre-sentence investigation ("PSI") report. Following completion of the PSI, the court sentenced Appellant on August 14, 2018, to an aggregate term of three (3) to six (6) years' incarceration. On August 23, 2018, Appellant timely filed a post-sentence motion, which the court denied on August 27, 2018. Appellant filed a single notice of appeal at Docket No. 5399-2017 on September 26, 2018. On October 1, 2018, the court ordered Appellant to file a concise statement of errors complained of on appeal per Pa.R.A.P. 1925(b); Appellant timely complied on October 19, 2018.

Preliminarily, on June 1, 2018, the ***Walker*** Court held that the common practice of filing a single notice of appeal from an order involving more than one docket would no longer be tolerated, because the practice violates Pa.R.A.P. 341, which requires the filing of "separate appeals from an order that resolves issues arising on more than one docket." ***Walker, supra*** at ____, 185 A.3d at 977. The failure to file separate appeals under these circumstances "requires the appellate court to quash the appeal." ***Id.***

Instantly, Appellant's case involves two separate dockets at Nos. 5399-2017 and 5434-2017. Appellant filed a single notice of appeal at Docket No. 5399 from the judgments of sentence imposed involving two distinct docket numbers. The notice of appeal was filed only at Docket No.5399-2017 but shows Docket No. 5434-2017 printed in the caption and Docket No. 5399-2017 handwritten above it, indicating the appeal involves both docket numbers. Likewise, Appellant's argument on appeal demonstrates Appellant is challenging the sentences at both dockets. Appellant's single notice of appeal was filed on September 26, 2018, which postdates the **Walker** decision. In this Court's November 8, 2018 order, we directed Appellant to show cause why the appeal should not be quashed under the **Walker** rule. Appellant did not respond, and the rule to show cause was discharged and referred to the assigned merits panel. Absent more, we are bound by the **Walker** decision and must quash this appeal.

Appeal quashed.

Judgment Entered.

Joseph D. Seletyn, Esq.
Prothonotary

Date: 8/9/2019